FILED JAN 20 2023 RENEE RAINEY County Clerk Perry County

IN THE CIRCUIT COURT OF PERRY COUNTY, ARKANSAS
CIVIL DIVISION 14th

SANDRA UNDERWOOD                              PLAINTIFF

vs.                  NO. 53CV-23-6

DOLGENCORP, LLC
a/k/a DOLLAR GENERAL
JOHN DOE(S) 1-10                                   DEFENDANT(S)

## COMPLAINT

Plaintiff, Sandra Underwood, for her cause of action against the Defendant(s), states:

### I. JURISDICTION AND VENUE

1. This claim is brought pursuant to this Court's jurisdiction over personal injury claims based on negligence, such jurisdiction granted by Ark. Code Ann. § 16-13-201. Plaintiff has suffered losses and damages in an amount in excess of any minimum requirement for federal jurisdiction in diversity of citizenship cases.

2. Venue is proper under Ark. Code Ann. § 16-60-101 in that the incident herein complained of occurred in Perry County, Arkansas.

### II. PARTIES TO THE CLAIM

3. Plaintiff, Sandra Underwood, is a resident of Perryville, in Perry County, Arkansas.

4. At the time of the incident described further herein, Defendant, DOLGENCORP, LLC, was a foreign corporation and maintained its principal place of business in Goodlettsville, Tennessee. Defendant, DOLGENCORP, LLC, may be served with process through its registered agent for service of process, CORPORATION SERVICE COMPANY, located at 300 Spring St., Suite 900, Little Rock, Arkansas 72201.

1

5. "JOHN DOE(S) 1-10" refers to other entities or individuals employed, contracted, or otherwise engaged by DOLGENCORP, LLC whose conduct may have contributed to Plaintiff's injuries, the specific identities of which will be confirmed through discovery.

### III. STATEMENT OF THE CLAIM

5. On January 28, 2020, Plaintiff, Sandra Underwood, entered the Dollar General store located at 616 N. Fourche in Perryville, Arkansas 72126. At said time and place, Defendant(s) were conducting business at said location. Upon information and belief, as Plaintiff was retrieving wares from a freezer, her foot became entangled with an errant solid object within the control of DOLGENCORP, LLC's employees and contractors (possibly a rolling metal "jack" Defendants were using to move refrigerators), causing her to fall and strike her head on the floor. Upon information and belief, Defendants possess security footage of this incident. There were no signs, cones, barricades, or any other type of precautionary measure in place warning Plaintiff of this hazardous and dangerous condition. The condition was created by Defendant(s) and allowed to remain without any measures taken to abate the danger. Defendant(s) carelessly and negligently, in disregard of the rights and safety of others, failed to clear the hazardous structure from the refrigerated aisle, causing Plaintiff to fall, incurring injury. Plaintiff claims business invitee status in accordance with all duties owed to Plaintiff by the property owner, Defendant(s), DOLGENCORP, LLC.

### IV. CAUSE OF ACTION

7. The Defendant(s) were guilty of negligence, which was the proximate cause of the above-described incident and Plaintiff's resulting damages in the following particulars:

2

(a) in creating a hazardous and dangerous premises condition;

(b) in failing to maintain the floor in a safe condition to insure that the Plaintiff would not be caused to fall as a result of a hazardous and dangerous premises condition which condition existed and which was known or should have been known to the Defendant(s);

(c) in failing to adequately warn Plaintiff of the hazardous and dangerous premises condition;

(d) in failing to exercise ordinary care in maintaining the premises in a reasonably safe condition for the Plaintiff and others;

(e) in failing to reduce or eliminate an unreasonable risk of harm created by a premises condition which Defendant(s) knew about, or in the exercise of ordinary care reasonably should have known about;

(f) in failing to properly check or inspect the floors and aisles to ensure their safe condition to protect Plaintiff, wherein the Plaintiff was caused to slip and fall as a result of a foreign material;

(g) in failing to properly supervise employees and contractors in the area in question so as to furnish to the Plaintiff a safe place, free from hazards which were recognized or should have been recognized by Defendant(s), as causing or likely to cause serious physical harm to the Plaintiff and others; and

(h) in failing to comply with the applicable law and regulations of the state of Arkansas.

3

8. At all relevant times and places herein, Plaintiff was in the exercise of due care and was without negligence on her part.

## V. DAMAGES, PROXIMATE CAUSE AND CLAIM FOR RELIEF

9. As a proximate result of the aforesaid actions and negligence, Plaintiff has incurred expenses for medical care and attention. These expenses were incurred for the necessary care and treatment of the injuries resulting from said Complaint. These charges are the reasonable, usual and customary charges made for such services. Due to the negligence of the Defendants, Plaintiff has sustained damages which, otherwise, would not have occurred.

10. As a proximate result of the negligence of the Defendant(s), Plaintiff sustained personal injuries, including, but not limited to, trauma to her head, face, shoulder, and hip, and other injuries.

11. Plaintiff claims the following damages, all of which were proximately caused by the negligence of the Defendant(s):

   (a) damages for emotional stress suffered by Plaintiff after the injury and continuing through the present;

   (b) damages for pain and suffering visited upon the Plaintiff due to [his/her] injuries;

   (c) damages for future pain and suffering;

   (d) compensatory damages for medical and other pecuniary expenses incurred and those reasonably and necessarily to be incurred in the future;

   (e) damages for economic loss already incurred, economic loss reasonably likely to be incurred in the future, and for Plaintiff's diminished capacity to earn;

4

(f) damages for the permanency of Plaintiff's injury and condition;

(g) damages for any scars, disfigurement and/or visible results of the injury sustained by Plaintiff; and

(h) any and all other damages allowed under state or federal law.

## VI. DEMAND FOR JURY TRIAL

12. Plaintiff respectfully demands a trial by jury.

WHEREFORE, Plaintiff, Sandra Underwood, respectfully prays for judgment against Defendant(s), DOLGENCORP, LLC, in excess of any jurisdictional requirement for federal jurisdiction in diversity of citizenship cases; post judgment interest where applicable; court costs, attorney fees; and for all other just and proper relief to which Plaintiff may be entitled.

Respectfully submitted,

Gary Green
Ark. Bar No. 79074
LAW OFFICES OF GARY GREEN
1001 La Harpe Boulevard
Little Rock, AR  72201
(501) 224-7400 (P)
(501) 224-2294 (F)
gary.green@gGreen.com

Jacob Worlow
Ark. Bar No. 2015250
615 Willow Street
North Little Rock, Arkansas 72114
(501) 231-6060
jacob.worlow@worlowlaw.com

## VERIFICATION

I, Sandra Underwood, have reviewed the foregoing document and do affirm that its contents are true and correct.

*Sandra Underwood*
Sandra Underwood

**Notary Commission**

State of Arkansas
County of Perry

On this 9th day of December, 20 22, before me, Amanda Gill a Notary Public, (or before any officer within this State or without the State now qualified under existing law to take acknowledgments), appeared the within named Sandra Underwood, to me personally well known (or satisfactorily proven to be such person), who stated and acknowledged that she had so signed, executed and delivered said foregoing instrument for the consideration, uses and purposes therein mentioned and set forth.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal this 9th day of December, 20 22.

*Amanda Gill*
Signature of Notary Public

My Commission Expires: 11/26/25

AMANDA GILL
MY COMMISSION #12345968
EXPIRES: November 26, 2025
Perry County
(Seal)

6